ORIGINAL

NOV -- 6 2001

CLERK, U.S. DISTRICT COURT
By ______ Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERNICE E. RAINS and ANITA HYCHE RAINS, Plaintiffs, | ) | |
| vs. | ) | Civil No. 3:01-CV-1778-H |
| JANI-KING OF NASHVILLE, INC., Defendant. | ) | |

**PLAINTIFFS' REPLY TO DEFENDANT'S COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 12(a)(2), Plaintiffs, Bernice E. Rains and Anita Hyche Rains (collectively "Rains") reply herein to the Counterclaim filed by Defendant, Jani-King of Nashville, Inc. ("JKN").

46.[1] Admit that JKN purports to state a claim under the subject franchise agreement, but deny that JKN states a valid claim. Deny the remainder of paragraph 46.

47. Admit.

48. Admit.

49. Admit that there is complete diversity and that the amount sought in the Complaint exceeds the minimum jurisdictional limits of the Court.



11

ZACK KOSNITZKY PROFESSIONAL ASSOCIATION 100 S.E. 2ND STREET • SUITE 2800 • MIAMI, FLORIDA 33131-2144 • (305) 539-8400

50. Admit that the Court has supplemental jurisdiction, but deny that JKN asserts a valid claim.

51. Admit that there exists a franchise agreement between the parties and refer to that document for its terms.

52. Admit that JKN misquotes paragraph 4.5.1 of the franchise agreement.

53. Admit that JKN accurately quotes paragraph 4.19.2 of the franchise agreement.

54. Admit that the franchise agreement includes noncompetition provisions and deny that such provisions are enforceable.

55. Deny.

56. Deny.

57. Incorporate by reference the answers set forth above.

58. Deny.

59. Incorporate by reference the answers set forth above.

60. Deny.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

JKN breached the franchise agreement prior to any alleged breach by Rains and therefore suspended performance under the agreement.

---

[1] Corresponds to paragraph numbers in Defendant Jani-King of Nashville, Inc.'s Original Answer and Counterclaim.



ZACK KOSNITZKY PROFESSIONAL ASSOCIATION 100 S.E. 2ND STREET • SUITE 2800 • MIAMI, FLORIDA 33131-2144 • (305) 539-8400

## SECOND AFFIRMATIVE DEFENSE

JKN is estopped from asserting any claims against Rains because of its failure to respond to Rains' continued efforts to communicate with JKN about their customers and contracts.

## THIRD AFFIRMATIVE DEFENSE

JKN, through its actions, waived its right to assert any claims against Rains by failing to provide notice of any alleged default, receiving notice of cleaning contracts, failing to respond to repeated inquiries by Rains, failing to provide accounting services on a timely and professional basis and accepting payments from Rains.

## FOURTH AFFIRMATIVE DEFENSE

JKN is barred by the doctrine of laches from asserting any claims against Rains relating to contracts or services previously performed.

## FIFTH AFFIRMATIVE DEFENSE

JKN failed to perform all conditions precedent, and consequently, its claims against Rains must fail.

## SIXTH AFFIRMATIVE DEFENSE

JKN's claims for relief are barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

JKN's claims for relief are barred because they acquiesced, acknowledged, ratified, and or consented to the alleged acts, omissions, or conduct, if any, of Rains.

WHEREFORE, Plaintiff Rains hereby demands (1) judgment in their favor and against JKN on its Counterclaim, (2) attorneys' fees based on the franchise agreement,



ZACK KOSNITZKY PROFESSIONAL ASSOCIATION 100 S.E. 2ND STREET • SUITE 2800 • MIAMI, FLORIDA 33131-2144 • (305) 539-8400

expenses, and costs incurred in defending this Counterclaim, and (3) such other relief as the court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Rains respectfully requests a trial by jury of all issues in the Counterclaim and Answer triable as of right to a jury.

Respectfully submitted,

Lawrence V. Ashe

LAWRENCE V. ASHE
*Admitted Pro Hac Vice*
ZACK KOSNITZKY, P.A.
*Lead Counsel for Plaintiffs*
Bank of America Tower
100 S.E. 2nd Street, Suite 2800
Miami, Florida 33131-2144
Telephone: (305) 357-8420
Facsimile: (305) 357-8520
e-mail: lva@zacklaw.com

And

DAENA GOLDSMITH RAMSEY
State Bar No. 08093970

SCHELL, QUILLIN, MITCHEL & COOLEY, L.L.P.
*Local Counsel for Plaintiffs*
14185 Dallas Parkway, Suite 1000
Dallas, Texas 75240
(214) 665-2000
(214) 754-0060

ATTORNEYS FOR PLAINTIFFS BERNICE E. RAINS AND ANITA HYCHE-RAINS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Plaintiffs' Reply to Defendant's Counterclaim was furnished by facsimile and U.S. mail this 5th day of November, 2001, to DAVID G. CABRALES, ESQ., and JASON S. LEWIS, ESQ., Locke Liddell & Sapp, LLP, Attorneys for Defendants, 2200 Ross Avenue, Suite 2200, Dallas, TX 75201-6776.

LAWRENCE V. ASHE



ZACK KOSNITZKY PROFESSIONAL ASSOCIATION 100 S.E. 2ND STREET • SUITE 2800 • MIAMI, FLORIDA 33131-2144 • (305) 539-8400