

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BERNICE E. RAINS, and <br> ANITA HYCHE RAINS, <br><br> Plaintiffs, <br><br> v. <br><br> JANI-KING OF NASHVILLE <br> INC., a Texas corporation, <br><br> Defendant. | § <br> § <br> § <br> § CASE NO. 301-CV1778-H <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## JOINT REPORT ON SETTLEMENT

Plaintiffs Bernice E. Rains and Anita Hyche Rains, and Defendant Jani-King of Nashville, Inc. file their Joint Report on Settlement as follows:

The parties have been unable to settle this case, and view the prospects of settlement as unlikely at this time. Nonetheless, the parties have discussed the selection of a mutually agreeable mediator, and jointly request the appointment of Ross W. Stoddard, III, 5215 N. O'Connor Blvd., Suite 1795, Irving, Texas 75039, Telephone No. (972) 869-2300; Facsimile No. (972) 869-4691, as the mediator for this dispute.

                                                     Respectfully submitted,

                                                     */s/ Lawrence Ashe*
                                                     LAWRENCE V. ASHE
                                                     *Admitted Pro Hac Vice*
                                                     ZACK KOSNITZKY, P.A.
                                                     *Lead Counsel for Plaintiffs*
                                                     Bank of America Tower
                                                     100 S.E. 2nd Street, Suite 2800
                                                     Miami, Florida 33131-2144
                                                     Telephone: (305) 357-8420
                                                     Facsimile: (305) 357-8520

And

DAENA GOLDSMITH RAMSEY
State Bar No. 08003070

SCHELL, QUILLIN, MITCHEL & COOLEY, L.L.P.
*Local Counsel for Plaintiffs*
14185 Dallas Parkway, Suite 1000
Dallas, Texas 75240
Telephone: (214) 665-2000
Facsimile: (214) 754-0060

ATTORNEYS FOR PLAINTIFF BERNICE E. RAINS AND ANITA HYCHE-RAINS

_____
DAVID G. CABRALES
State Bar No. 00787179
JASON S. LEWIS
State Bar No. 24007551
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
(214) 740-8000
(214) 740-8800 (Telecopy)

ATTORNEYS FOR DEFENDANT
JANI-KING OF NASHVILLE, INC.

**JOINT REPORT ON SETTLEMENT - PAGE 2**
45519:81229 : DALLAS : 1020812.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the following attorneys of record on this 25th day of March, 2002:

**Via Facsimile**
Daena G. Ramsey
Schell, Quillin, Mitchel & Cooley, L.L.P.
14185 Dallas Parkway, Suite 1000
Dallas, Texas 75254

and

**Via Facsimile and Regular Mail**
Lawrence V. Ashe, Esq.
Zack Kosnitzky, P.A.
Bank of America Tower
100 S.E. 2nd Street, Suite 2800
Miami, Florida 33131-2144

DAVID G. CABRALES