ORIGINAL

# SCHELL, QUILLIN, MITCHEL & COOLEY, L.L.P.
*Attorneys and Counselors*

**DAENA GOLDSMITH RAMSEY**
Direct Dial (214) 665-2038
E-mail: dramsey@sqmclaw.com

14185 Dallas Parkway, Suite 1000
Dallas, Texas 75254
(214) 665-2000
Fax (214)754-0060

17130 Arvida Parkway, Suite 1
Weston, Florida 33326
(954) 659-8383
Fax (954) 659-8686

April 22, 2002



Clerk
United States District Court
Northern District of Texas
Room 14A20, Federal Building
1100 Commerce Street
Dallas, Texas  75242

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**APR 2 3 2002**
**CLERK, U.S. DISTRICT COURT**
By _____

VIA FAX 214/753-2390

Re:   Case No. 301-CV1778-H
      *Bernice E. Rains and Anita Hyche-Rains v. Jani-King of Nashville, Inc.*
      In the United States District Court, Northern District of Texas
      Our File No. 251.0001

Dear Clerk:

Please be advised that the above-referenced case has been settled.

Sincerely,

*Daena G Ramsey*
Daena Goldsmith Ramsey

DGR/adh
337446.1

cc:   David G. Cabrales, Esq.
      Locke Liddell & Sapp L.L.P.
      2200 Ross Avenue, Suite 2200
      Dallas, Texas  75201-6776

**VIA FAX 214/740-8800**